# 1076948

## United States Bankruptcy Court

**Western District of New York**

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle): **Lewis, Joseph R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Lewis, Kathleen, R.** |
| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): **-4418** | Soc. Sec./Tax I.D. No. (If more than one, state all): **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** |
| Street Address of Debtor (No. and street, city, state, zip): **S4465 Windsor Terr. Hamburg, N.Y. 14075** | Street Address of Joint Debtor (No. and street, city, state, zip): **S 4465 Windsor Terr. Hamburg, N.Y. 14075** |
| County of Residence or Principal Place of Business: **Erie** | County of Residence or Principal Place of Business: **Erie** |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above) | **04-17359** |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

**Type of Debtor** (Check all boxes that apply)

☒ Individual  ☐ Railroad
☐ Corporation  ☐ Stockbroker
☐ Partnership  ☐ Commodity Broker
☐ Other

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13
☐ Chapter 9  ☐ Chapter 12
☐ § 304-Case ancillary to foreign proceeding.

### Nature of Debt (Check one box)

☒ Consumer/Non-Business  ☐ Business

**Filing Fee** (Check one box)

☒ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (Applicable to individuals only)

### Chapter 11 Small Business (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101.

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Statistical/Administrative Information** (Estimates Only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: None | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X _Joseph J Lewis_
Signature of Debtor

X _Kathleen R Lewis_
Signature of Joint Debtor

Telephone (If not represented by attorney)

9/20/04
Date

### Signature of Attorney

X _Mary L Slisz_
Signature of Attorney for Debtor(s)
Mary L. Slisz
Printed Name of Attorney for Debtor(s)
LoTempio & Brown
Firm Name
181 Franklin Street
Address
Buffalo, N.Y. 14202

(716)-855-3761
Telephone Number

9/20/04
Date

### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pusuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### EXHIBIT B

(To be completed if debtor is an for individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Mary L Slisz_    9/20/04
Signature of Attorney for Debtor(s)    Date

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

3069-2 © 1997 JULIUS BLUMBERG, INC., NYC 10013

Form 7 Stmt. of Financial
Affairs (9-00)

BlumbergExcelsior, Inc., Publisher nyc 10013
www.blumberg.com

UNITED STATES BANKRUPTCY COURT    **Western**    DISTRICT OF    **New York**

In re:    **Joseph R. Lewis and Kathleen R. Lewis**    Debtor(s)    *Case No.*

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

☐ None    **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

|  | Joseph | Kathleen |
|---|---|---|
| 2002 | 36,500.00 | 8,400.00 |
| 2003 | 28,400.00 | 8,400.00 |

☒ None    **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☐ None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION AND STATUS OR DISPOSITION.

☒ None    b. Describe any property that has been attached, garnished or seized under any legal or equitable process within one year

Debtors v. AP Green Industries et al; Supreme Court 8th Judicial District and other such litigation pending in the District.

Immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

[x] None    **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property o either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

### 6.Assignments and Receiverships

[x] None    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a join petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

[x] None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF OUCRT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

[x] None    **7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less the $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

[X] None    **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chater 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

[ ] None    **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

[x] None    **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the bebtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is file, unless the souses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

LoTempio & Brown        9/20/04
181 Franklin Street
Buffalo, N.Y.   14202

$400 per month until balance paid including filing fees

☒ None   **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None   **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None   **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒ None   **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

☒ None   **16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Give NAME.

☒ None   **17. Environmental Information**

For the purpose of this question, the following definitions apply: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material. "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☒ None   **a.** List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental law. Indicate the governmental unit, the date of the notice, and, if know, the Environmental Law:

Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW.

☒ None   **b.** List the name and address of every site for which the debtor has provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW.

☒ None   **c.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Give NAME AND ADDRESS OF GOVERNMENTAL UNIT, DOCKET NUMBER and STATUS OR DISPOSITION.

**18. Nature, Location and Name of Business**

None   a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed profes-

sional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

Give NAME, ADDRESS, NATURE OF BUSINESS and BEGINNING and ENDING DATES OF OPER-ATION.

The following questions are to be completed as shown below.*

### 19. Books, Records, and Financial Statements

[X] None    a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

Give NAME AND ADDRESS and DATES SERVICE RENDERED.

[X] None    b. List all firms or individuals who within the two years preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

Give NAME, ADDRESS and DATES SERVICES RENDERED.

[X] None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Give NAME AND ADDRESS and DATE ISSUED.

[X] None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Give NAME AND ADDRESS and DATE ISSUED.

### 20. Inventories

[X] None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Give DATE OF INVENTORY, INVENTORY, SUPERVISOR and DOLLAR AMOUNT OF INVENTORY (specify cost, marketor other basis).

[X] None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Give DATE OF INVENTORY and NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS.

### 21. Current Partners, Officers, Directors and Shareholders

[X] None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Give NAME AND ADDRESS, NATURE OR INTEREST and PERCENTAGE OF THE INTEREST.

[X] None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

Give NAME AND ADDRESS, TITLE and NATURE AND PERCENTAGE OF STOCK OWNERSHIP.

### 22. Former Partners, Officers, Directors and Shareholders

[X] None    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Give NAME, ADDRESS and DATE OF WITHDRAWAL.

[X] None    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of the case.

Give NAME AND ADDRESS, TITLE and DATE OF TERMINATION.

### 23. Withdrawals from a Partnership or Distributions by a Corporation

[X] None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemption, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Give NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR, DATE AND PURPOSE OR WITHDRAWAL, and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

### 24. Tax Consolidation Group.

[X]  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

Give NAME OF PARENT CORPORATION and TAXPAYER IDENTIFICATION NUMBER.

### 25. Pension Funds.

[X]  If the debtor is not an individual, list the name and federal taxpayer identification number of any fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

Give NAME OF PENSION FUND and TAXPAYER IDENTIFICATION NUMBER.

_____continuation sheets attached

*Complete unsworn declaration on page 3076-5*

* The following questions Case 04-17359-CB are to apply to a corporation or partnership debtor the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed. Description: Main Document (If the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case, a debtor who has not been in business within those six years should directly to the signature page.)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __9/20/04__ _____    Signature _Joseph R Lewis_____
of Debtor

Date __9/20/04__ _____    Signature _Kathleen R Lewis_____
of Joint Debtor
(if any)

.........................................................................................................................................................................

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

                                _____
                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached.

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

.........................................................................................................................................................................

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

In re: Joseph R. Lewis and Kathleen R. Lewis          Debtor(s)    Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| S4465 Windsor Terr. Hamburg, N.Y. 14075 | Owner Fee | J | 63,000 | 72,000 |

Total -> $63,000.00      (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Woodlawn Auto Workers 36 Lakeshore Road Hamburg, N.Y. | J | 0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 4465 Windsor Terr. Hamburg, N.Y. 14075 | J | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | 4465 Windsor Terr. Hamburg, N.Y. 14075 | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | X | | | |

# SCHEDULE B
# PERSONAL PROPERTY

In re: **Joseph R. Lewis and Kathleen R. Lewis**    Debtor(s)    Case No.    (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Debtors are Plaintiffs in asbestos litigation currently pending | | Unknown |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Ford | H | 15,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    $ 17,500.00

_____ continuation sheets attached

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  Joseph R. Lewis and Kathleen R. Lewis          Debtor(s)        Case No.                (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Household furnishings | CPLR § 5205 (a) (1) | 2,000.00 | 2,000.00 |
| Wearing apparel | CPLR § 5205 (a) (1) | 500.00 | 500.00 |
| 2002 Ford Automobile | Debtor Creditor § 282 | 2,400.00 each debtor | 15,000.00 |
| Proceeds of any asbestos litigation | Debtor Creditor S 282,283 Insurance Law S 3212 | Amount to be determined | Unknown |

80072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 D (6-90)        Julius Blumberg, Inc. NYC 10013

In re: **Joseph R. Lewis and Kathleen R. Lewis**     Debtor(s)     Case No.     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # 505798504 <br><br> GMAC Mortgage <br> P.O. Box 27834 <br> Newark, N.J. 07101 | | J | Mortgage on home <br> S 4475 Windsor Terr. <br> Hamburg, N.Y. 6/99 <br> VALUE $ 63,000.00 | | 72,862.00 | None |
| A/C # 22320750 <br><br> Ford Motor Credit <br> Dept. 194101 <br> P.O. Box 55000 <br> Detroit, MI 48255 | | | Auto Loan <br> 7/2001 <br><br> VALUE $ 15,000 | | 15,800.00 | None |
| A/C # | | | <br><br> VALUE $ | | | |
| A/C # | | | <br><br> VALUE $ | | | |
| A/C # | | | <br><br> VALUE $ | | | |
| A/C # | | | <br><br> VALUE $ | | | |
| A/C # | | | <br><br> VALUE $ | | | |
| A/C # | | | <br><br> VALUE $ | | | |
| A/C # | | | <br><br> VALUE $ | | | |

_____
continuation sheets attached

|  | |
|---|---|
| Subtotal -> (Total of this page) | $ |
| Total -> (use only on last page) | $ 93,662.00 |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072 - 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 E (4/98)

Blumberg Law Products

BlumbergExcelsior Inc. NYC 10013

In re: **Joseph R. Lewis and Kathleen R. Lewis**     Debtor(s)     Case No.          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,300* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**     Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**     Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6).

☐ **Alimony, Maintenance, or Support**     Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507 (a) (7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (use only on last page of the completed Schedule E) | | $ | |

_____ Continuation sheets attached.

* If contingent, enter C. If unliquidated, enter U. If disputed, enter D.

3072© 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: **Joseph R. Lewis** and **Kathleen R. Lewis**    Debtor(s)    Case No. _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5410-1890-0284-4060 <br> WELLS FARGO FINANCIAL <br> P.O. BOX 5058 <br> SIOUX FALLS, SD 57117-5058 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 1,741.87 |
| A/C # 34481093 <br> WELLS FARGO <br> 3140 SHERIDAN DRIVE <br> AMHERST, N.Y. 14226 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 307.30 |
| A/C # 5408-4200-0788-4248 <br> HOUSE HOLD CREDIT <br> P.O. BOX 17051 <br> BALTIMORE, MD 21297-1051 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 955.05 |
| A/C # 6011-0020-2952-8346 <br> DISCOVER <br> P.O. BOX 15251 <br> WILMINGTON, DE 19886-5251 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 1,837.63 |
| A/C # 17865442 <br> WELL FARGO <br> P.O. BOX 8784 <br> LAS VEGAS, NV 89193-8784 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 1,550.00 |
| A/C # 4313-0331-5601-2747 <br> AAA FINANCIAL <br> P.O. BOX 15137 <br> WILMINGTON, DE 19886-5137 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 1,403.00 |
| A/C # 5291-1516-7632-8113 <br> CAPITAL ONE BANK <br> P.O.BOX 85147 <br> RICHMOND, VA 23276 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 1,450.00 |
| A/C # 51-9170-169727-7 <br> HOME DEPOT <br> P.O. BOX 105980 <br> DEPT. 51 <br> ATLANTA, GA 30353-5980 | | | DATE INCURRED: 2000 <br> CONSIDERATION: CREDIT CARD | | 1,350.00 |
| A/C # 0007-7382-2316-0118 <br> RADIO SHACK <br> P.O. BOX 9025 <br> DES MOINES, IA 50368-9025 | | | DATE INCURRED: 1999 <br> CONSIDERATION: CREDIT CARD | | 890.00 |

___2___ Continuation Sheets attached.

Subtotal -> (Total of this page)    $ 11,484.85

Total -> (use only on last page of completed Schedule F.)    $

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

©1972 © 1997 JULIUS BLUMBERG, INC., NYC 10013

In re: **Joseph R. Lewis and Kathleen R. Lewis**   Debtor(s)   Case No.   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 34-81325-89640-4<br>SEARS<br>P.O. BOX 182149<br>COLUMBUS, OH 43218-2149 | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 912.61 |
| A/C # 020-088-131-6<br>J.C. PENNEY<br>P.O. BOX 96001<br>ORLANDO, FL 32896-0001 | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 569.95 |
| A/C # 9-174-092-628-90<br>RETAILER NATIONAL BANK<br>P.O. BOX 59231<br>MINNEAPOLIS, MN 55454-0231 | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 162.98 |
| A/C # 069471951<br>BON-TON<br>P.O. BOX 17598<br>BALTIMORE, MD 21297-1598 | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 628.92 |
| A/C # 4128-0031-3837-3603<br>CITI<br>P.O. BOX 6500<br>SIOUX FALLS, SD 57117 | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 2,344.68 |
| A/C # 000000-22320750<br>FORD CREDIT<br>DEPT. 194101<br>P.O. BOX 55000<br>DETROIT, MI 28255 | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 601.20 |
| A/C # 4791-0701-1408-7008<br>ASPIRC VISA<br>P.O. BOX 23007<br>COLUMBUS, OH 31902-3007 | | | DATE INCURRED: 2000<br>CONSIDERATION: CREDIT CARD | | 1,984.12 |
| A/C # 5483-4113-6006-9938<br>CHASE<br>P.O. BOX 15652<br>WILMINGTON, DE | | | DATE INCURRED: 1999<br>CONSIDERATION: CREDIT CARD | | 1,903.38 |
| A/C # 5421-1600-1136-1823<br>FIRST CONSUMER MASTER CARD<br>P.O. BOX 3910<br>PORTLAND, OR 97208-3910 | | | DATE INCURRED: 2000<br>CONSIDERATION: CREDIT CARD | | 513.21 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> $ 9621.05
(Total of this page)

Total -> $

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Use only on last page of completed Schedule F.)

© 1997 JULIUS BLUMBERG, INC. NYC 10013

In re: **Joesph R. Lewis and Kathleen R. Lewis**          Debtor(s)      Case No.        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D " | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # ~~5447-1700-2406-0486~~ FLEET CREDIT CARD P.O. BOX 15368 WILMINGTON, DE 19886-5368 | | | DATE INCURRED: 1997 CONSIDERATION: CREDIT CARD | | 684.96 |
| A/C # 6032-2031-9064-0507 WALMART P.O. BOX 530927 ATLANTA, GA 30353--927 | | | DATE INCURRED: 2001 CONSIDERATION: CREDIT CARD | | 748.79 |
| A/C # 03-63421-04840-8 SEARS P.O. BOX 182149 COLUMBUS, OH 43218-2149 | | | DATE INCURRED: 1990 CONSIDERATION: CREDIT CARD | | 1,024.95 |
| A/C # 148-178-617-41 J.C. PENNEY P.O. BOX 530945 ATLANTA, GA 30353-0945 | | | DATE INCURRED: 1996 CONSIDERATION: CREDIT CARD | | 885.79 |
| A/C # 5291-1516-3146-3245 CAPITAL ONE P.O. BOX 85147 RICHMOND, VA 23276 | | | DATE INCURRED: 1999 CONSIDERATION: CREDIT CARD | | 267.94 |
| A/C # BUFFALO MEDICAL GROUP 85 HIGH STREET BUFFALO, NEW YORK 14215 | | | | | 1,100.00 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

3 of Continuation Sheets attached.

Subtotal -> (Total of this page)     $ 4,712.43

Total -> (use only on last page of completed Schedule F.)     $ 25,818.33

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 G (6-90)    Julius Blumberg, Inc. NYC 10013

In re:    Joseph R. Lewis and Kathleen R. Lewis    Debtor(s)    Case No.    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

6072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 H, (6-90)    Julius Blumberg, Inc. NYC 10013

In re:    Joseph R. Lewis and Kathleen R. Lewis          Debtor(s)      Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

8072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  **Joseph R. Lewis** and **Kathleen R. Lewis**        Debtor(s)    Case No.        (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Joseph R. Lewis | 60 | |
| | Kathleen R. Lewis | 56 | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Retired | program assistant Town of Hamburg |
| Name of Employer | | |
| How long employed | | 6 years |
| Address of Employer | | 353 Pleasant Avenue Hamburg, New York 14075 |

**Income:**  (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,644.00 | $ |
| Estimate monthly overtime | | 712.00 |
| SUBTOTAL | $ 2,644.00 | $ 712.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 408.00 | $ 134.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,236.00 | $ 578.00 |

| | | |
|---|---|---|
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |

| | | |
|---|---|---|
| TOTAL MONTHLY INCOME | $ 2,2236.00 | $ 578.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 2,814.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re:  Joseph R. Lewis and Kathleen R. Lewis     Debtor(s)     Case No.          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment  (include lot rented for mobile home)  $ | 770.00 |
| Are real estate taxes included? ☒ Yes ☐ No     Is property insurance included? ☒ Yes ☐ No | |
| Utilities  Electricity and heating fuel | 280.00 |
| Water and sewer | 15.00 |
| Telephone | 35.00 |
| Other   Trash | 20.00 |
| Home maintenance (repairs and upkeep) | |
| Food | 75.00 |
| Clothing | 300.00 |
| Laundry and dry cleaning | 100.00 |
| Medical and dental expenses | 40.00 |
| Transportation (not including car payments) | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 120.00 |
| Charitable contributions | 200.00 |
| | 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | 40.00 |
| Life | 46.00 |
| Health | |
| Auto | 65.00 |
| Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | 393.00 |
| Other | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other   Misc | 130.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  $ | 2,849.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income     $

B. Total projected monthly expenses     $

C. Excess income (A minus B)     $

D. Total amount to be paid into plan each (interval)     $

Julius Blumberg, Inc. NYC 10013

In re: **Joseph R. Lewis and Kathleen R. Lewis**          Debtor(s)          Case No.

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ———— 13 ———— sheets,
(Total shown on summary page plus 1.)
and that they are true and correct to the best of my knowledge, information, and belief.

Date      9/21/04          Signature: *Joseph R. Lewis*
                                              Debtor

Date                      Signature: *Kathleen R. Lewis*
                              (Joint Debtor, if any) (If joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:


If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
    Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. (Total shown on summary page plus 1.)

Date _____          Signature: _____
                                          (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013


# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF

In re:    Joseph R. Lewis and Kathleen R. Lewis

Debtor(s)     Case No.
      Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:    *a. Property to Be Surrendered*

| Description of property | Creditor's name |
|---|---|
| | |

*[Check any applicable statement.]*

*b. Property to Be Retained*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| S4465 Windsor Terr. | GMAC Mortgage | | | X |
| '02 Ford automobile | Ford Motor Credit | | | X |

09/20/04
Date     Signature of Debtor        Signature of Debtor

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. § 156*

B8073 © 1997 JULIUS BLUMBERG, INC., NYC 10013



**UNITED STATES BANKRUPTCY COURT**    Western    **DISTRICT OF**   New York

In re    Joseph R. Lewis and Kathleen R. Lewis     Debtor(s)    Case No.      (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in contemplation of and in connection
        with this case       $ 1,200.00

    (b) prior to filing this statement, debtor(s) have paid       $ 400.00

    (c) the unpaid balance due and payable is       $ 800.00

(3) $ 200.00      of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
performed, and

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
any compensation paid or to be paid except as follows:

Dated: 9/20/04       Respectfully submitted _____ Attorney for Petitioner

*Attorney's name and address* ........ Frank L. LoTempio, Jr., LoTempio & Brown, P.C., 181 Franklin Street, Buffalo

© 1991 JULIUS BLUMBERG, INC., NYC 10013



Julius Blumberg, Inc. NYC 10013

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**   Western   **DISTRICT OF**   New York

In re:   Joseph R. Lewis and Kathleen R. Lewis   Debtor(s)   Case No.   (If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 63,000 | | |
| B - Personal Property | Y | 1 | 17,500 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 88,662 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 3 | | 29,793.95 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | 2,814.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 2,849.00 |
| Total Number of Sheets of All Schedules | | 12 | | | |
| Total Assets | | | 80,500.00 | | |
| Total Liabilities | | | | 123,455.95 | |

GMAC Mortgage
P.O. Box 27834
Newark, N.J. 07101

Ford Motor Credit
Dept. 194101
P.O. Box 55000
Detroit, MI 48255

Wells Fargo Financial
P.O. Box 5058
Sioux Falls, SD 57117-5058

Wells Fargo
3140 Sheridan Dr.
Amherst, NY 14226

House Hold Credit
P.O. Box 17051
Baltimore, MD 21297-1051

Discover
P. O. Box 15251
Wilmington, DE 19886-5251

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

AAA Financial
P.O. Box 15137
Wilmington, DE 19886-5137

Captial One Bank
P.O. box 85147
Richmond, VA 23276

Home Depot
P.O. Box 105980 Dept. 51
Atlanta, GA 30353-5980

Radio Shack
P.O. Box 9025
Des Moines, IA 50368

Sears
P.O. Box 182149
Columbus, OH 43218

J.C. Penny
P.O. Box 96001
Orlando, FL 32896

Retailer National Bank
P.O. Box 59231
Minneapolis, MN 55454-0231


Bon-Ton
P.O. Box 17598
Baltimore, MD 21297


Citi
P.O. Box 6500
Sioux Falls, SD 57117

Ford Credit
Dept. 194101
P.O. Box 55000
Detroit, MI 28255

Aspirc Visa
P.O. Box 23007
Columbus, OH 31902-3007

Chase
P.O. Box 15652
Wilmington, DE 19850

First Consumer Master Card
P.O. Box 3910
Portland, OR 97208-3910

Fleet Credit Card
P.O. Box 15368
Wilmington, DE 19886-5368

Walmart
P.O. Box 530927
Atlanta, GA 30353

Sears
P.O. Box 182149
Columbus, OH 43218-2149

J.C. Penney
P.O. Box 530945
Atlanta, GA 30353-0945

Capital One
P.O. Box 85147
Richmond, VA 23276


Buffalo Medical Group
85 High Street
Buffalo, New York 14215


Aspire Visa
P.O. Box 23007
Columbus, GA 31902-3007

```
Chase
P.O. Box 15652
Wilmington DE 19886


First Consumers Master Card
P.O. Box 3910
Portland, OR 97208-3910


Fleet Credit Card
P.O. Box 15368
Wilmington, DE 19886-5368


Wal Mart
P.O. Box 530927
Atlanta, GA 30353-0927


J.C. Penny
P.O. Box 530945
Atlanta, GA 30353-0945


Retailers National Bank (target)
P.O. Box 59231
Minneapolis, MN 55454-0231
```